**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| **STATE OF DELAWARE** | ) | |
| | ) | |
| **v.** | ) | **I.D. No.  1312000103** |
| | ) | |
| **A'KEEM GRINNELL-CROPPER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Submitted:  January 25, 2017
Decided:  February 14, 2017

**ORDER ADOPTING COMMISSIONER'S REPORT AND
RECOMMENDATION THAT DEFENDANT'S MOTION FOR
POSTCONVICTION RELIEF SHOULD BE DENIED AND
COUNSEL'S MOTION TO WITHDRAW SHOULD BE GRANTED**

This 14th day of February, 2017, upon consideration of Defendant's Motion for Postconviction Relief (the "Rule 61 Motion") filed by A'Keem Grinnell-Cropper, SBI# 00467015; the Commissioner's Report and Recommendation That Defendant's Motion for Postconviction Relief Should Be Denied and Counsel's Motion to Withdraw Should be Granted (the "Report") issued by Superior Court Commissioner Lynne M. Parker on January 25, 2017; and the record in this case:

1. The Court referred the Motion to a Commissioner pursuant to 10 *Del. C.* §512(b) and Superior Court Criminal Rule 62[1] for proposed findings of facts and conclusions of law.

2. On January 25, 2017, Commissioner Parker filed the Report.  In the Report, Commissioner Parker reports and recommends that the Rule 61 Motion be denied.  The Prothonotary docketed the Report on January 25, 2017.

---

[1] Hereafter, any Superior Court Criminal Rule referenced in this Order will be cited as "Rule __."

3. The Report was served on Mr. Grinnell-Cropper. Under Rule 62(4)(ii), any objections to the Report needed to be filed within ten (10) days after the filing of the Report. Mr. Grinnell-Cropper did not file any objections to the Report.

**NOW THEREFORE**, after careful and *de novo* review of the record in this action, and for reasons stated in the Report,

**IT IS FOUND AND DETERMINED** that the Report is not clearly erroneous, is not contrary to law, or an abuse of discretion, and

**IT IS ORDERED** that the Report, including its recommendation, is **ADOPTED** by the Court, and

**IT IS FURTHER ORDERED** that the Defendant's Motion for Postconviction Relief is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Withdraw filed by Mr. Grinnell-Cropper's post-conviction relief counsel is **GRANTED**.

*/s/Eric M. Davis*
Eric M. Davis, Judge

Original to Prothonotary:
cc: Commissioner Lynne M. Parker
A'Keem Grinnell-Cropper, SBI# 00467015
Patrick J. Collins, Esquire
Matthew C. Buckworth, Esquire